IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2014 JAN 13  A 9:47

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| A&J MANUFACTURING, LLC, a Georgia corporation, and A&J MANUFACTURING, INC., a Florida corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RANKAM METAL PRODUCTS MANUFACTORY LIMITED, USA, a California corporation,<br><br>Defendant. | CIVIL ACTION NO.: CV213-121 |

# ORDER

Upon consideration of the Joint Motion For Order Substituting Defendants, Granting Leave to Amend Answer and Counterclaim, and Staying the Case, the Court Orders as follows:

1. Rankam Metal Products Manufactory Limited, USA is hereby substituted as the Defendant in this action in place of Rankam Group. The Clerk is authorized and directed to make that change upon the docket and record of this case.

2. Defendant Rankam Metal Products Manufactory Limited, USA ("Rankam") is granted leave to file an amended answer and counterclaim, in the form attached to the Joint Motion as Exhibit "A", to correct the name of the Defendant, provided that Rankam does so within seven business days of the entry of this Order.

3. After the substitution of Rankam as provided in Section 1 above, and effective upon Rankam's filing of the amended answer and counterclaim as provided in Section 2 above, this case is **stayed** in its entirety pending the final resolution of the

proceeding pending in the United States International Trade Commission, styled *In re Certain Multiple Mode Outdoor Grills and Parts Thereof*, Investigation No. 337-TA-895 (the "ITC Action"), with either party having the right to move this Court to lift the stay based on the future actions of any party or future developments in the ITC Action.

**SO ORDERED**, this 13th day of January, 2014.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)