IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| A&J MANUFACTURING, LLC; and A&J MANUFACTURING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RANKAM METAL PRODUCTS MANUFACTORY LIMITED, USA, <br><br> Defendant. | CIVIL ACTION NO.: 2:13-cv-121 |

**ORDER**

Presently before the Court is Plaintiffs' Motion Request for Status Conference. (Doc. 23.)  After careful consideration, the Court **GRANTS** the Motion.  IT IS HEREBY ORDERED that an in-person status conference in this matter shall be held before United States Magistrate Judge R. Stan Baker on **June 8, 2017, at 9:00 a.m. at the Federal Courthouse, 801 Gloucester Street, Brunswick, Georgia.**  At the Status Conference, at least one counsel of record for each party shall be present.  The Court further requires that each party must attend the Conference through a person who is fully authorized to approve and negotiate a settlement.  A client or representative may attend the Conference telephonically only with permission of the Court.  Counsel may contact Judge Baker's Courtroom Deputy Clerk to request such permission.

**SO ORDERED**, this 26th day of May, 2017.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA