# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# CLERKS MINUTES - CIVIL

| | | | |
|---|---|---|---|
| **CASE NO.** | 2:13-cv-113, 115, 120, 121; 2:15-cv-28; 2:17-cv-22, 23 | **DATE:** | 06-08-2017 |
| **TITLE:** | A&J MANUFACTURING, LLC, et al v. ACADEMY, LTD., et al | | |

**HONORABLE R. STAN BAKER**     **COURTROOM DEPUTY CLERK: PAM HAMMOCK**

**COURT REPORTER**: Debbie Gilbert

| TAPE NO. | TIME: | 9:15 – 11:15 | TOTAL: | 02:00 |
|---|---|---|---|---|

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR | DEFENDANTS |
|---|---|---|
| Mark Johnson | Darin Klemchuk | Academy, Ltd., and |
| Lance D. Reich | | Ningbo Huige Outdoor Products Co. Ltd. |
| | James Durham | Zhejiang Fudeer Electric Appliance Co., |
| | John Harbin | Char-Broil, WC Bardley Co and Rankam |
| | | Metal Products Manufactory Limited, USA |
| | Kyle Kotake | Outdoor Leisure Products, Inc. |
| | Michael Dzwonczyk | |
| | Paul Scott | Ferrellgas, L.P., and |
| | Minar Kim | Blue Rhino Global Sourcing, Inc. |

**STATUS CONFERENCE**

• DISCUSSION HELD AS TO EACH CASE SEPARATELY REGARDING STATUS OF CASE AND ITC PROCEEDINGS.

• DISCUSSION HELD AS TO CASES STAYED, DISCOVERY, LIMITED DISCOVERY, POTENTIAL COURT-ASSISTED SETTLEMENT CONFERENCE(S).

• COURT WILL CONTINUE THE STAY OF CASES.

   (**Brief Recess – Any Parties not attending in person join conference call with Court.**)

• COURT ADDRESSES ALL PARTIES, BOTH IN COURT AND AVAILABLE BY PHONE, TO RECAP TODAY'S STATUS CONFERENCE AND HOW THESE CASES WILL PROCEED FORWARD.

• ORDER TO FOLLOW.