# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### CLERKS MINUTES - CIVIL

| | |
|---|---|
| **CASE NO.** 2:13-cv-113, 115, 120, 121; and 2:15-cv-28 | **DATE:** 08-22-2017 |
| **TITLE:** A&J MANUFACTURING, LLC, et al v. ACADEMY, LTD., et al | |

**HONORABLE R. STAN BAKER**     **COURTROOM DEPUTY CLERK: PAM HAMMOCK**

**COURT REPORTER**:

**TAPE NO.** RSB-CHMB    **TIME**: 2:00 – 2:40    **TOTAL:** 00:40

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS | |
|---|---|---|
| Mark Johnson | Darin Klemchuk | Academy, Ltd., and |
| Lance D. Reich | | Ningbo Huige Outdoor Products Co. Ltd. |
| | James Durham | Zhejiang Fudeer Electric Appliance Co., |
| | John Harbin | Char-Broil, WC Bardley Co and Rankam |
| | | Metal Products Manufactory Limited, USA |
| | Kyle Kotake | Outdoor Leisure Products, Inc. |
| | Michael Dzwonczyk | |
| | Paul Scott | Ferrellgas, L.P., and |
| | Minar Kim | Blue Rhino Global Sourcing, Inc. |

**TELEPHONIC STATUS CONFERENCE**

- DISCUSSION HELD WITH PARTIES REGARDING STATUS.
- ORDER TO FOLLOW.