IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

A&J MANUFACTURING, LLC; and A&J
MANUFACTURING, INC.,

    Plaintiffs,

v.

RANKAM METAL PRODUCTS
MANUFACTORY LIMITED, USA,

    Defendant.

CIVIL ACTION NO.: 2:13-cv-121

**O R D E R**

Presently before the Court are Defendant's Consent Motion for Partial Reconsideration of Order Setting in Person Settlement Conference, (doc. 47), and Consent Motion to Substitute Defendant, (doc. 48). Defendant requests that it be allowed to have a representative of the Top Management Board attend the settlement conference in person and the rest of the Board members participate by phone. (Doc. 47, pp. 2–3.) Defendant represents that this will be the most practical and efficacious way to conduct a settlement conference in this case, and Plaintiffs do not object to this Motion. The Court **GRANTS** Defendant's Consent Motion for Partial Reconsideration, (doc. 47), on the condition that at least one Board member be present in person and able to communicate with all members of the Top Management Board for the entirety of the settlement conference.

Additionally, Defendant requests this Court substitute Rankam VDG Industries, Ltd., for Rankam Metal Products Manufactory Limited, USA. Defendant states that, since the stay was initially entered in this case, Rankam Metal Products Manufactory Limited, USA has been sold.

(Doc. 48, p. 1.)  Accordingly, the appropriate defendant and real party in interest should be Rankam VDG Industries, Ltd.  The Court **GRANTS** Defendant's Consent Motion to Substitute, (doc. 48), and **DIRECTS** the Clerk of Court to change Defendant Rankam Metal Products Manufactory Limited, USA to Rankam VDG Industries, Ltd., upon the docket and record of this case.

**SO ORDERED**, this 18th day of October, 2017.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA