# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | |
|---|---|---|
| **A&J MANUFACTURING, LLC,**<br>    **a Georgia corporation, and** | )<br>)<br>) | |
| **A&J MANUFACTURING, INC.,**<br>    **A Florida corporation,** | )<br>) | **Civil Action No. CV213-121** |
|            **Plaintiffs,** | )<br>) | |
| **v.** | )<br>) | |
| **RANKAM GROUP,**<br>    **a California corporation,** | )<br>)<br>) | |
|            **Defendant.** | ) | |

## <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiffs A&J MANUFACTURING, LLC and A&J MANUFACTURING, INC. (collectively "A&J"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant Rankam Group and state as follows:

1. As A&J previously advised the Court, A&J was awaiting an *ex parte* reexamination certificate from the U.S. Patent and Trademark Office ("USPTO").

2. On June 6, 2022, USPTO issued a Notice of Intent to Issue an *ex parte* Reexamination Certificate closing the reexamination of the Patent at issue.

Therefore, A&J notifies the Court and Defendant of A&J's voluntary dismissal, with prejudice, of all claims in A&J's Complaint against Defendant.

RESPECTFULLY SUBMITTED this 8th day of July, 2022.

/s/ Mark D. Johnson
Mark D. Johnson
Georgia Bar No. 395041
GILBERT, HARRELL,
SUMERFORD & MARTIN, PC
777 Gloucester Street, Suite 200
Brunswick, Georgia  31520
mjohnson@gilbertharrelllaw.com
Telephone:     (912) 265-6700
Facsimile:     (912) 264-3917

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** has been served up all counsel of record via the CM/ECF system, this 8th day of July, 2022.


/s/ Mark D. Johnson
Mark D. Johnson