# In the United States District Court for the Southern District of Georgia Brunswick Division

A&J MANUFACTURING, LLC, a
Georgia corporation, and A&J
MANUFACTURING, INC., a Florida
corporation,

      Plaintiffs,

      v.

RANKAM VDG INDUSTRIES, LTD.,

      Defendant.

                     CV 2:13-121

RANKAM VDG INDUSTRIES, LTD.,

      Counter Claimant,

      v.

A&J MANUFACTURING, LLC, a
Georgia corporation, and A&J
MANUFACTURING, INC., a Florida
corporation,

      Counter Defendants.

## ORDER

Before the Court is Plaintiff A&J Manufacturing, Inc. and A&J Manufacturing, LLC's Notice of Dismissal, dkt. no. 69, wherein they notify the Court that they wish to dismiss all claims asserted against Defendant Rankam VDG Industries, Ltd. with prejudice. Because Defendant has filed an answer in this matter, Plaintiffs are not entitled to dismiss this action without leave of Court or

Defendant's consent.  See Fed. R. Civ. P. 41(a)(1)(A).  As such, the Court **ORDERS** Defendant, within **seven (7) days** of the date of this Order, to advise the Court 1) whether it objects to Plaintiffs' voluntary dismissal and 2) whether it intends to pursue its counterclaim against Plaintiffs.

 **SO ORDERED**, this __17__ day of July, 2022.

<div style="margin-left:40%">

_____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

</div>